# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| John Abidog (YOB 2005) ; ) | |
| Viet Pham (YOB 2005); and ) | 25-mj-3264-JDH |
| John Nguyen (YOB 2004) ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2025 to October 27, 2025__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached Affidavit of United States Postal Inspection Service, Postal Inspector, Leroy Versoza.

☑ Continued on the attached sheet.

*Leroy Versoza/ by JDH*
*Complainant's signature*

Leroy Versoza, Postal Inspector, USPIS
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: October 27, 2025

*Jessica Hedges*
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jessica D. Hedges, U.S. Magistrate Judge
*Printed name and title*